UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLES BLAINE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:06CV1623 |
| | ) |
| HARTFORD LIFE AND ACCIDENT INSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

### ORDER

**IT IS HEREBY ORDERED** that the Rule 16 Scheduling Conference in this matter is continued to **Thursday, February 1, 2007 at 10:30 A.M.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 11th day of January, 2007.