UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLES BLAINE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No. 4:06-CV-1623 (CEJ) |
| | ) |
| HARTFORD LIFE & ACCIDENT | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that this matter is set for a telephonic status conference on **March 1, 2007,** at **10:15 a.m.**  The Court will initiate the phone call.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 1st day of February, 2007.